IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Chitwood, Tammy | Case Number: 05 B 56026 |
| | Judge: Wedoff, Eugene R |
| Printed: 01/22/09 | Filed: 10/14/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 16, 2008
Confirmed: January 5, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,467.28 | |
| Secured: | | 8,281.39 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,321.50 |
| Trustee Fee: | | 678.98 |
| Other Funds: | | 185.41 |
| Totals: | 12,467.28 | 12,467.28 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Richard E Sexner | Administrative | 517.50 | 517.50 |
| 2. | Richard E Sexner | Administrative | 2,804.00 | 2,804.00 |
| 3. | Wells Fargo Fin Acceptance | Secured | 12,828.58 | 8,281.39 |
| 4. | B-Line LLC | Unsecured | 450.61 | 0.00 |
| 5. | Wells Fargo Fin Acceptance | Unsecured | 6,428.14 | 0.00 |
| 6. | Nicor Gas | Unsecured | 580.73 | 0.00 |
| 7. | Paragon Way Inc | Unsecured | 998.16 | 0.00 |
| 8. | Cavalry Portfolio Services | Unsecured | 615.42 | 0.00 |
| 9. | Balaban Furniture Ltd | Unsecured | | No Claim Filed |
| 10. | Card Protection Association | Unsecured | | No Claim Filed |
| 11. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 12. | Fhutcred Advantage | Unsecured | | No Claim Filed |
| 13. | Island National Group | Unsecured | | No Claim Filed |
| 14. | FCNb N News | Unsecured | | No Claim Filed |
| 15. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 16. | Jeffcapsys | Unsecured | | No Claim Filed |
| 17. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 18. | Tex Collect/Colection Agency | Unsecured | | No Claim Filed |
| 19. | National Credit | Unsecured | | No Claim Filed |
| 20. | Lou Harris | Unsecured | | No Claim Filed |
| 21. | Professional Account Management | Unsecured | | No Claim Filed |
| 22. | People's Bank | Unsecured | | No Claim Filed |
| 23. | USA Payday Loans | Unsecured | | No Claim Filed |
| | | | $ 25,223.14 | $ 11,602.89 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Chitwood, Tammy

Printed: 01/22/09

Case Number: 05 B 56026
Judge: Wedoff, Eugene R
Filed: 10/14/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 118.23 |
| 5% | 41.53 |
| 4.8% | 86.39 |
| 5.4% | 271.63 |
| 6.5% | 124.63 |
| 6.6% | 36.57 |
| | $ 678.98 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

